UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-mj-02772-Lett

UNITED STATES OF AMERICA

v.

NATHANIEL SANDERS II,

Defendant.

_____/



FILED BY_____KAN_____D.C.

May 1, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 1, 2026?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ Justin Meckler Silverberg
Justin Meckler Silverberg
Assistant United States Attorney
Bar ID: A5503409
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9433
E-mail: justin.silverberg@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

United States of America )
v. )
)
Nathaniel Sanders II )
)
)
)

Case No.   1:26-mj-02772-Lett

*Defendant.*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 28, 2026 - April 22, 2026 _____ in the county of _____ Miami-Dade _____ in the

_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 871 | Threats Against the President |
| 18 U.S.C. § 875(c) | Interstate threatening communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Badge #A18655
_____ Jacob Macia, Special Agent, USSS _____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by   Telephone

Date:   May 1, 2026

_____
*Judge's signature*

City and state:   _____ Miami, Florida _____

Honorable Enjoliqué A. Lett, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jacob Macias, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2.      I am a Special Agent with the United States Secret Service, a position I have held since June 2024. I am assigned to the Miami Field Office, Protective Intelligence Squad. My duties include investigating threats against the President and Vice President of the United States. Before this assignment, I served as a Protective Intelligence Research Specialist with the Secret Service for 11 months. Earlier, I served as an officer with Enforcement and Removal Operations at U.S. Immigration and Customs Enforcement within the U.S. Department of Homeland Security. I have also served in the United States Army Reserve since 2019 as a petroleum supply specialist and currently hold the rank of Sergeant.

3.      This Affidavit supports a criminal complaint charging **Nathaniel Sanders II** ("SANDERS") with threats against the President of the United States and transmitting threats in interstate commerce, in violation of 18 U.S.C. §§ 871 and 875(c).

4.      The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation.  I have not included in this Affidavit every fact known to me or to other law enforcement officers surrounding this investigation.  Rather, I have included only those facts necessary to establish probable cause for the proposed complaint.

1

**PROBABLE CAUSE**

5.     On or about January 28, 2026, at approximately 3:14 p.m. EST, Special Agent Serraro of the United States Capitol Police notified the Secret Service's Protective Intelligence Operations Center ("PIOC") of a threat made by SANDERS against Donald J. Trump, President of the United States ("POTUS"). Approximately five minutes later, independent of the Capitol Police notification, a Secret Service analyst provided PIOC with multiple social-media posts attributed to SANDERS. In these posts, X username ("WHITE BOY NATE" / @ovrth3rnbw), wrote: "Imma bomb the fucking White House you fucking pedophile." In a subsequent post, minutes later, X username ("WHITE BOY NATE" / @ovrth3rnbw) wrote: "I mean it."

6.     After PIOC received these threat alerts from the United States Capitol Police, the Secret Service Open Source Intelligence Branch ("OSB") conducted an attribution investigation to identify the X account user. Public records and open-source searches positively attributed the account to SANDERS. For example, in a post dated January 22, 2026, X username ("WHITE BOY NATE" / @ovrth3rnbw) wrote: "W[r]itten by: Nathaniel Sanders II."

7.     OSB also discovered two Instagram accounts "Shredder ♡ 🍒 / @badassnate83" and "THE REAL POTUS 🎯 🌀 / @s3norphantom. The profile descriptions reference "Nate" a nickname for Nathaniel and "n8th3_gr8" SANDERS's music name. Additionally, both accounts are flooded with what appear to be self-recorded photographs and videos of SANDERS engaging in daily activities over the course of many months. Multiple self-recorded photographs and videos are posted in a given day depicting SANDERS.

8.     The videos relevant to the allegations in this Affidavit generally depict SANDERS complaining and speaking angrily about his hatred for President Donald J. Trump, Secretary of

2

State and Acting National Security Advisor Marco Rubio, and former Attorney General Pamela Bondi.

9. On April 10, 2026, at 11:18 a.m. EST, SANDERS is depicted in a video from the @badassnate83 Instagram account in which he stated, in part: "Your fake husband gotta be the biggest pedophile in the fucking world bro. I don't know what to do Melania, like, all I got is a gun. It's the only thing I can use now is a gun."

10. Two minutes later, SANDERS posted a video from the @badassnate83 Instagram account stating: ""One thing about it Marco, bitch, yo no tengo miedo de nadie (translation from Spanish to English: "I'm not scared of anyone") because we all fucking bleed bitch. Like a lot of people be forgetting they bleed just like everybody else. Like when I get my hands on him, I'm gonna hurt him. Simple as that."

11. Based on my training and experience and familiarity with the social media videos of SANDERS, I believe that "Marco" refers to Secretary of State and Acting National Security Advisor Marco Rubio.

12. On April 17, 2026, at 8:52 p.m. EST, SANDERS is depicted in a video from the @badassnate83 Instagram account stating, in part: "You fatass orange pedophile ass pervert, when I see you - imma stomp your fucking head in imma step on your throat and I'm going to kill you in the worst fucking way. You're not a fucking president you a pedophile bitch. And whenever you want this fucking issue, bitch, come find me, bitch. Come find me you fat fuck."

13. Based on my training and experience, I believe the person referenced by SANDERS in the above video is President Donald J. Trump.

14. On April 19, 2026, at 7:05 p.m. EST, SANDERS is depicted in a video posted on the @s3norphantom Instagram account, stating, in part: "Y'all know I'm crazy, that's why them

3

motherfuckers in DC are scared of me bitch. Because Pam, when I see you bitch, imma put my foot in your fucking cunt, you stupid hoe, and imma wear you like a boot. You pedophile ass bitch. Imma kill all y'all pedophiles. I don't give a fuck y'all. Bitch, keep playing with me hoe. Imma kill you."

15.     Based on my training and experience, I believe the person referenced by SANDERS in the above video is Pamela Bondi, former Attorney General of the United States.

16.     On April 19, 2026, at 8:39 p.m. EST, SANDERS is depicted in a video posted on the @s3norphantom Instagram account, stating, in part: "He's sitting up there trying to use Melania to get next to all the gay shit. Because we like her and I didn't even think about that. Which makes total fucking sense. I just want to be, bitch, when I say shit after the fact I do my research. But bitch when you want to fucking fight bitch come find me you fatass pedophile fucks so I can stomp you in the ground with your fuckass mama too."

17.     Based on my training and experience, I believe this threat is directed at POTUS.

18.     On April 22, 2026, at 10:16 p.m. EST, SANDERS is depicted in a video posted on the @s3norphantom Instagram account stating: "Crazy how the president begging for my little black wee wee. Bitch that's why he's so jealous of me and Barron. Bro everytime you see him 'Bitch that's my son.' Nah bitch you don't treat him like it. Bitch you a user and an abuser just like everybody else. And for you to use your child like that - bitch, I'm finna embarrass your mother fucking ass. You fatass pedophile. Fuck you and fuck your life. Bitch, come find me."

19.     Based on a review of the videos depicting SANDERS posted on both Instagram accounts, law enforcement determined the general area that SANDERS frequented. Law enforcement interviewed individuals from businesses in the area to see whether they were familiar

4

with SANDERS. Law enforcement learned where SANDERES resided on Miami Beach in the Southern District of Florida and went to his residence.

20.     On or about February 23, 2026, law enforcement made contact with SANDERS at his residence in Miami Beach. Agents identified themselves as law enforcement. SANDERS called them "pedophiles" like he says in the above referenced videos and terminated the encounter. SANDERS is the person depicted in all video postings referenced above.

21.     SANDERS transmitted in interstate or foreign commerce when his social media messages, photographs, and videos containing the above referenced threats were posted on X and Instagram which are online sharing applications.

## CONCLUSION

22.     Based on the foregoing, I submit that probable cause exists to believe that, from January 28, 2026, through April 22, 2026, in Miami-Dade County, within the Southern District of Florida, SANDERS knowingly and willfully transmitted threats interstate against the President of the United States, Secretary of State and Acting National Security Advisor Marco Rubio, and former United States Attorney General Pamela Bondi, in violation of 18 U.S.C. § 871 and 875(c).

FURTHER AFFIANT SAYETH NAUGHT.

JACOB MACIAS
SPECIAL AGENT   Badge #A18655
UNITED STATES SECRET SERVICE

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this  1st   day of May 2026.

HONORABLE ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5